

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| YAN QIU ZHAO, | § | No. 08-19-00311-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court |
| THE STATE OF TEXAS | § | of Andrews County, Texas |
| Appellee. | § | (TC# 19-0144) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF AUGUST, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.